*UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT*

October 12, 2005

**E R R A T A**

**Appeal No. 05-3134**

**<u>JONES V MSPB</u>**

Decided: October 12, 2005                                      Nonprecedential Opinion

Please make the following changes:

<u>Page 1, at the end of the first paragraph</u>, after "<u>affirm</u>.", insert a carriage return before the roman numeral "I".

<u>Page 2, line 5</u>:  after the word "Board", change "ones" to –-  "Jones".